**Order entered May 5, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00421-CR
No. 05-14-00422-CR
No. 05-14-00423-CR
No. 05-14-00424-CR

**OSCAR FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** the appeals.

On October 21, 2014, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed. We have not received the trial court's findings. However, on May 1, 2015, appellant filed a motion to dismiss the appeals. Accordingly, in the interest of expediting the appeals, we **VACATE** the October 21, 2014 order to the extent it requires findings.

The Court will dispose of the motion to dismiss the appeals in due course.

/s/     ADA BROWN
        JUSTICE